**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.**

JAMES MCKEE,

      Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES LLC,
      Defendants.

---

**NOTICE OF REMOVAL**

---

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the Boulder County District Court, to the United States District Court for the District of Colorado. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1. An action was filed on July 11, 2019 in the Boulder County District Court, entitled *McKee v. Equifax Information Services LLC* (the "State Court Action").

2. Equifax was served with the Complaint on July 24, 2019.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act

("FCRA"), as follows:

    (a)    Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint, ¶ 4).

    (b)    The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.    Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Boulder County District Court, as required by 28 U.S.C. § 1446(d).

6.    Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

DATED: August 20, 2019.

Respectfully submitted,
EQUIFAX INFORMATION SERVICES LLC

s/ *Megan Garnett*
Megan Garnett
Polsinelli, P.C.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Tel. (303) 583-8238
MGarnett@Polsinelli.com
*Counsel for Defendant Equifax Information Services LLC*

3

**CERTIFICATE OF SERVICE**

This is to certify that on August 20, 2019, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system and the same was mailed to the following parties:

James McKee
2885 Sanford Avenue SW #44476
Grandville, MI 49418

                                            s/ *Megan Garnett*
                                            Megan Garnett